CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 19 2008

JOHN F. CORCORAN, CLERK
BY: HMcDona Co
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JACQUELINE M. WAGSTAFF, | ) | Case No. 4:08CV00001 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that the Commissioner's Motion for Summary Judgment be granted, the Commissioner's final decision be affirmed, and the case be dismissed from the docket of this court. This *Report* was filed on August 20, 2008, from which the parties had ten (10) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, the Commissioner's final decision is hereby **AFFIRMED**, and this action is **DISMISSED** from the docket of this court.

The Clerk is directed to send a copy of this *Order* to counsel as well as to Magistrate Judge Crigler.

ENTERED this 19th day of September, 2008.

*/s/ Jackson L. Kiser*
Senior United States District Judge